UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Harvey, et al.

-v-

Permanent Mission of The Republic of Sierra Leone to The United Nations et al.

CERTIFICATE OF MAILING

Case No.: 1:21 cv 4368 (ER)

I hereby certify under the penalties of perjury that on the 2nd day of June, 2021, I served: Permanent Mission of The Republic of Sierra Leone to The United Nations, c/o Foreign Minister David J. Francis, OAU Drive, Tower Hill, Freetown, Sierra Leone

☒   the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

__1__ copy(ies) of the Notice of Suit, Summons, Compliant deemed filed May 14, 2021, Exhibits to the Complaint, Notice of Appearance for Rachel Maimin, Proposed Temporary Restraining Order and Order to Show Cause for Preliminary Injunction, Memorandum of Law in Support of Plaintiffs' Ex Parte Application, Declaration of Janet Harvey & Matthew Bendix, Foreign Sovereign Immunities Act, Order to Show Cause.

by DHL EXPRESS 866 0446 163

Dated:  New York, New York
        June 2, 2021

RUBY J. KRAJICK
CLERK OF COURT

/s/JaVonn Ross
DEPUTY CLERK