UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANET HARVEY *and* JOSEPH HARVEY,

        Plaintiffs,

– *against* –

PERMANENT MISSION OF THE REPUBLIC OF SIERRA LEONE TO THE UNITED NATIONS, EMPIRE GROUP NYC, LLC, DAVID I MONTESI, JULES DAVIS, *and* FAIRFIELD CONSTRUCTION ASSOCIATES, LLC,

        Defendants.

**ORDER**

21 Civ. 4368 (ER)

Ramos, D.J.:

    At a conference on June 14, 2024, the Court granted the Harveys leave to move for default judgment against the Mission. The Harveys have filed that motion (Docs. 214–16), but they have not followed the procedure required by the undersigned's individual practices or submitted all the relevant documents set out therein. The Harveys are directed to comply with that procedure and submit the relevant documents by July 2, 2024.

It is SO ORDERED.

Dated:   June 25, 2024
           New York, New York

                                                  Edgardo Ramos, U.S.D.J.