USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/08/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Janet Harvey and Joseph Harvey,

                Plaintiffs,

-against-

Permanent Mission of the Republic of Sierra Leone to the United Nations, et al.,

                Defendants.

1:21-cv-04368 (ER) (SDA)

**ORDER SCHEDULING CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

On August 7, 2024, Judge Ramos entered an Order finding that Defendant Permanent Mission of the Republic of Sierra Leone to the United Nations (the "Mission") is in default. (8/7/24 Order, ECF No. 240, at 2.) Judge Ramos further referred this matter to the undersigned for a damages inquest/damages hearing. (*Id.* at 2; *see also* Order of Reference, ECF No. 239.)

The undersigned shall hold a conference to address the timing and format of the damages inquest on Tuesday, September 10, 2024, at 2:00 p.m. The conference shall be conducted via telephone. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

Plaintiffs are directed to serve by mail a copy of this Order on the Mission and file proof of service to the ECF docket no later than Monday, August 12, 2024.

SO ORDERED.

Dated:      New York, New York
             August 8, 2024

                                                        _____
                                                          STEWART D. AARON
                                                          United States Magistrate Judge