**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Janet Harvey and Joseph Harvey,

                Plaintiffs,

-against-

Permanent Mission of the Republic of Sierra Leone to the United Nations, et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2024

1:21-cv-04368 (ER) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

On September 10, 2024, the Court issued an Order that set deadlines in order to conduct a damages inquest arising from the default of Defendant Permanent Mission of the Republic of Sierra Leone to the United Nations (the "Mission"). (9/10/24 Order, ECF No. 245; *see also* 8/7/24 Order, ECF No. 240.) On October 22, 2024, Plaintiffs Janet Harvey and Joseph Harvey ("Plaintiffs") timely filed their papers concerning their damages. On November 12, 2024, the deadline for the Mission to respond to Plaintiffs' submissions (*id.* at 3), the Mission sent Plaintiffs a letter requesting two additional weeks in order to retain counsel and respond to Plaintiffs. (Def. Mission's 11/12/24 Ltr., ECF No. 264.) Plaintiffs oppose the Mission's request. (Pls.' 11/13/24 Ltr., ECF No. 263.)

The Court, in its discretion, grants the Mission's request for a brief extension of time to retain counsel and respond to Plaintiffs' damages inquest submissions until Friday, December 6, 2024. However, given the posture of this case and the Mission's default, any response from the Mission shall be limited to responding to the Plaintiffs' submissions regarding the amount of damages to be awarded.

Plaintiffs promptly shall serve by mail and email a copy of this Order upon the Mission, and file proof of such service to the ECF docket.

**SO ORDERED.**

Dated:    New York, New York
         November 15, 2024

_____
STEWART D. AARON
United States Magistrate Judge