```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/5/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Janet Harvey and Joseph Harvey,<br><br>                            Plaintiffs,<br><br>-against-<br><br>Permanent Mission of the Republic of Sierra Leone to the United Nations, et al.,<br><br>                            Defendants. | 1:21-cv-04368 (ER) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference held today with the parties, for the reasons stated on the record, the letter motion at ECF No. 268 filed by Defendant Permanent Mission of the Republic of Sierra Leone to the United Nations (the "Mission") seeking an extension of time to file a response to the damages submissions filed by Plaintiffs Janet Harvey and Joseph Harvey ("Plaintiffs") is GRANTED IN PART and DENIED IN PART. The Mission shall file its response no later than Monday, January 13, 2025.

The parties are ORDERED to confer on the issue of mutual inspection of the relevant properties. In the event an agreement cannot be reached, Plaintiffs shall apprise the Court by way of a letter filed to the ECF docket no later than Thursday, December 12, 2024.

An evidentiary hearing on the issue of damages shall be held on Friday, January 17, 2025, at 10:00 a.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007. At the hearing, Messrs. Bendix and Rogers shall testify on behalf of Plaintiffs and the Mission shall present any witness who submits a declaration in opposition to the relief sought by Plaintiffs.

**SO ORDERED.**

Dated:   New York, New York
         December 5, 2024

                                              _____
                                              STEWART D. AARON
                                              United States Magistrate Judge