UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Janet Harvey and Joseph Harvey,

        Plaintiffs,

-against-

Permanent Mission of the Republic of Sierra Leone to the United Nations, et al.,

        Defendants.

1:21-cv-04368 (ER) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

This Order concerns the evidentiary hearing scheduled for Friday, January 24, 2025, in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007. The hearing promptly shall commence at 10 a.m. and shall continue until 5 p.m., with a one-hour lunch break, as well as a 15-minute break in the morning and in the afternoon. Plaintiffs Janet Harvey and Joseph Harvey ("Plaintiffs"), on the one hand, and Defendant Permanent Mission of the Republic of Sierra Leone to the United Nations (the "Mission"), on the other, each shall have a total of 2 hours and 45 minutes in order to both (1) present any oral testimony on direct examination, and (2) conduct cross-examination of the other side's witnesses.

Plaintiffs' witnesses (Janet Harvey, Joseph Harvey, Matthew Bendix and Brian J. Rogers) shall testify first and the Mission's witnesses (Sulay-Manah Kpukumu, Yamil N. Arocho, Ross E. Spivak and Dimitri Papagiannakis) shall testify next. In lieu of, or in addition to, providing direct testimony at the evidentiary hearing, Plaintiffs and the Mission may submit into evidence the affirmations and declarations for their witnesses that previously were filed to the ECF docket;[1]

---

[1] Plaintiffs also may submit into evidence any reply declarations or affirmation. *See infra.*

provided, however, that in order for any witness' affirmation or declaration to be considered by the Court, that witness shall be subject to cross-examination at the request of the opposing party.

No later than Tuesday, January 21, 2025, at 5 p.m., Plaintiffs may file reply affirmations or declarations, as well as a reply memorandum, addressing any points raised in the filings made by the Mission on January 15, 2025 (ECF Nos. 273 to 278).

The Court intends to schedule oral argument at a later date.

**SO ORDERED.**

Dated:	New York, New York
	January 16, 2025

_____
STEWART D. AARON
United States Magistrate Judge