```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/25/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**Janet Harvey and Joseph Harvey,**

                **Plaintiffs,**

-against-

**Permanent Mission of the Republic of Sierra Leone to the United Nations, et al.,**

                **Defendants.**

---

**1:21-cv-04368 (ER) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following the evidentiary hearing held on Friday, January 24, 2025, and for the reasons stated on the record, it is hereby ORDERED, as follows:

1.    On Friday, January 31, 2025, the Parties shall submit a joint letter setting forth: (a) confirmation by the Permanent Mission of the Republic of Sierra Leone to the United Nations (the "Mission") that the Mission's contract with the expediter has been signed and that payment has been made; and (b) a proposed schedule for submission of Plaintiffs' post-hearing brief, the Mission's response thereto and Plaintiffs' reply brief and, if the parties cannot agree on a proposed schedule, the parties' respective positions with respect to the schedule.

2.    Plaintiffs' post-hearing briefing shall include: (a) a spreadsheet or chart reflecting each item of damages that is sought, citation(s) to the record where the Court can find support for each item of damages, and the Count(s) in the Amended Complaint (*see* Am. Compl., ECF No. 100, ¶¶ 56-75) for which each item of damages is sought, with citation to legal authority supporting the damages for each such Count; (b) any objections to the opinions of Yamil N.

Arocho ("Arocho"), and (c) the business records certification for Exhibit A to Janet Harvey's October 22, 2024 declaration (ECF No. 258).

3.  The Mission's post-hearing briefing shall include: (a) responses to each item of damages sought by Plaintiffs and, if the Mission challenges any items of damages sought, legal authority supporting such challenges; (b) responses to any objections to Arocho's opinions; and (c) an explanation of where in the publicly-available 2025 budget for the Government of Sierra Leone (marked at an exhibit at the hearing) funds for construction of the Chancery Headquarters have been allocated and the amount in U.S. dollars for the particular budget item(s) and, if the funds are not provided in the 2025 budget, the Mission shall set forth the source from which funding shall be provided.[1]

4.  The initial briefs of the parties may not exceed 8,750 words, and Plaintiffs' reply brief may not exceed 3,500 words.

5.  On the last Friday of each month, commencing on February 28, 2025, and until further Order of the Court, the Mission shall file with the Court monthly reports on the status of the construction on the Chancery Headquarters.

**SO ORDERED.**

---

[1] During the hearing, when the 2025 Sierra Leone budget was shown to Minister Kpukumu, there was confusion regarding the exchange rate from Leones to U.S. dollars and questioning regarding the budget was cut short. The Court requires the information set forth in paragraph 3(c) as support for the Minister's representation in paragraph 4 of his January 14, 2025 declaration (ECF No. 275) that "[t]he Government has allocated funding for the project," since the Mission has asserted that there are no documents reflecting the "ring-fenced funding" referred to in the Minister's January 10, 2025 Statement. (ECF No. 275-2.)

Dated:       New York, New York
                January 25, 2025

                                                                             _____
                                                                             STEWART D. AARON
                                                                             United States Magistrate Judge