USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/13/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Janet Harvey and Joseph Harvey,

        Plaintiffs,

-against-

Permanent Mission of the Republic of Sierra Leone to the United Nations, et al.,

        Defendants.

1:21-cv-04368 (ER) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    Following a telephone conference today with the parties, and for the reasons stated on the record, it is hereby ORDERED that, no later than May 20, 2025, Plaintiffs, on the one hand, and the Permanent Mission of the Republic of Sierra Leone to the United Nations (the "Mission"), on the other, shall separately file a letter brief, not to exceed five pages, addressing whether (assuming the Court finds that there is no permanent nuisance), damages can be awarded prospectively, on a daily or weekly basis, until the nuisance at the Mission's Chancery Headquarters is abated.

**SO ORDERED.**

Dated:    New York, New York
           May 13, 2025

_____
STEWART D. AARON
United States Magistrate Judge