# CARTER LEDYARD MILBURN



**Nicholas W. Tapert**
Counsel
tapert@clm.com

28 Liberty Street, 41st Floor
New York, NY 10005
D / 212-238-8703

May 13, 2025

**APPLICATION GRANTED**

Hon. Stewart D. Aaron, U.S.M.J.
Dated: May 14, 2025

**Via ECF**
The Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan, United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: *Janet Harvey and Joseph Harvey v. Permanent Mission of the Republic of Sierra Leone to the United Nations, et al.*
         **Case No. 21-CV-4368 (ER)(SDA)**

Dear Judge Aaron:

    We write on behalf of Defendant, the Permanent Mission of the Republic of Sierra Leone to the United Nations, in this matter to respectfully request an extension of time of one week in connection with the supplemental letter briefing that Your Honor has ordered the parties to file by Tuesday, May 20, 2025. ECF 302. I will be the principal drafter on this submission and have plans to be out of the country traveling with my family between May 15-19. This combined with the press of other matters occupying Defendant's counsel in the next week is the reason Defendant seeks a brief one-week extension, which would make the deadline for the parties' submissions May 27, 2025. We have conferred with opposing counsel and they consent to this request.

    Thank you for Your Honor's consideration of this matter.

                                    Respectfully submitted,

                                    */s/ Nicholas w. Tapert*
                                    Nicholas W. Tapert

cc:
Counsel of Record (via ECF)