UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANET HARVEY and JOSEPH HARVEY, | 21-CV-4368 (ER) |
| Plaintiffs, | |
| v. | |
| PERMANENT MISSION OF THE REPUBLIC OF SIERRA LEONE TO THE UNITED NATIONS, et al., | ORDER |
| Defendants. | |

**THIS MATTER** having come before the Court at the written request of Plaintiffs Janet Harvey and Joseph Harvey; and the Court having considered the request and opposing papers, if any; and for good cause shown; it is hereby

**ORDERED** that on the last Friday of each month, commencing on Friday, October 31, 2025, and until further Order of the Court, the Permanent Mission of the Republic of Sierra Leone to the United Nations shall file with the Court monthly reports on the status of the construction on the Chancery Headquarters.

Dated: October 21, 2025
New York, New York

_____
Hon. Edgardo Ramos U.S.D.J.