**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Janet Harvey and Joseph Harvey,**

**Plaintiffs,**

**-against-**

**Permanent Mission of the Republic of Sierra Leone to the United Nations, et al.,**

**Defendants.**

**1:21-cv-04368 (ER) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference today with the parties, and for the reasons stated on the record, it is hereby ORDERED that, no later than Tuesday, August 25, 2026, Plaintiffs shall file a letter to the docket indicating whether they intend to make any motion regarding permanent nuisance, and if so, a joint proposed schedule for such motion.

**SO ORDERED.**

Dated: New York, New York
August 18, 2026

Stewart d. Aaron
STEWART D. AARON
United States Magistrate Judge